Matter of Sheila M. v Jodeci S. (2024 NY Slip Op 05027)

Matter of Sheila M. v Jodeci S.

2024 NY Slip Op 05027

Decided on October 10, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 10, 2024

Before: Kern, J.P., Oing, Kennedy, Higgitt, Michael, JJ. 

O-11743/21 Appeal No. 2770 Case No. 2023-06514 

[*1]In the Matter of Sheila M., Petitioner-Appellant,
v
Jodeci S., Respondent-Respondent.

Richard L. Herzfeld, P.C., New York (Richard L. Herzfeld of counsel), for appellant.
Steven N. Feinman, White Plains, for respondent.
Janet Neustaetter, The Children's Law Center, Brooklyn (Eva D. Stein of counsel), attorney for the children.

Order Family Court, Bronx County (Gigi N. Parris, J.), entered on or about December 6, 2023, which, after a hearing, found that petitioner mother failed to establish that respondent father committed any family offense and dismissed the petition, unanimously affirmed, without costs.
Family Court properly dismissed the petition upon a finding that the mother failed to establish by a fair preponderance of the evidence that the father engaged in any family offense (Family Court Act §§ 812[1], 832; see Geraldine R. v Haile P., 216 AD3d 415, 415 [1st Dept 2023]; Linda H. v Ahmed S., 188 AD3d 597, 598 [1st Dept 2020]). Family Court's credibility assessment of the parties was based both on its observations of the witnesses and on a text message exchange, admitted into evidence, which corroborated the father's testimony concerning one of the alleged incidents and refuted the mother's testimony. The mother offered no other evidence to support her allegations. Thus, there is no basis to disturb the court's credibility determinations, as the determination to credit the father's testimony and to discredit the mother's testimony is supported by a sound and substantial evidentiary basis (see Any G. v Ayman H., 208 AD3d 1097, 1098 [1st Dept 2022]).
We have considered the remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 10, 2024